AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CENTENNIAL BANK, an Arkansas banking corporation, successor by merger to LANDMARK BANK, N.A.

*Plaintiff*

v.

G & A MIAMI, LLC, a Florida limited liability company, HAIM YEHEZKEL, individually and ABRAHAM KRAMER, individually,

*Defendants*

Civil Action No. 20-CV-23394-DPG

## SUMMONS IN A CIVIL ACTION

To:
ABRAHAM KRAMER
210 Seventy First Street
Suite 309
Miami Beach, Florida 33141

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Thomas P. Angelo, Esq. and James W. Carpenter, Esq., Angelo & Banta, P.A., 515 East Las Olas Blvd., Suite 850, Fort Lauderdale, FL 33301.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Aug 17, 2020

Angela E. Noble
Clerk of Court

*s/ DORIS JONES*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| CENTENNIAL BANK, an Arkansas banking corporation, successor by merger to LANDMARK BANK, N.A.<br><br>Plaintiff<br>v.<br><br>G & A MIAMI, LLC, a Florida limited liability company, HAIM YEHEZKEL, individually and ABRAHAM KRAMER, individually,<br>Defendants | Civil Action No. 20-CV-23394-DPG |

### SUMMONS IN A CIVIL ACTION

To:
HAIM YEHEZKEL
210 Seventy First Street
Suite 309
Miami Beach, Florida 33141

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Thomas P. Angelo, Esq. and James W. Carpenter, Esq., Angelo & Banta, P.A., 515 East Las Olas Blvd., Suite 850, Fort Lauderdale, FL 33301.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Aug 17, 2020

Angela E. Noble
Clerk of Court

s/ DORIS JONES
Deputy Clerk
U.S. District Courts