**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CIVIL CASE NO. 20-cv-23394-DPG**

CENTENNIAL BANK, an Arkansas banking
corporation, successor by merger to LANDMARK
BANK, N.A.,

    Plaintiff,
v.

G & A MIAMI, LLC, a Florida limited
liability company, HAIM YEHEZKEL,
individually and ABRAHAM KRAMER,
individually,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, CENTENNIAL BANK, an Arkansas banking corporation, successor by merger to LANDMARK BANK, N.A., hereby states that Plaintiff voluntarily dismisses this action with prejudice against Defendants, G & A MIAMI, LLC, a Florida limited liability company, HAIM YEHEZKEL, individually and ABRAHAM KRAMER, individually, and the Parties shall bear their own costs and fees.

Dated this 31st day of August, 2020.

    /s/ James W. Carpenter, Esq.
    JAMES W. CARPENTER
    Florida Bar No. 654256
    jwc@angelolaw.com
    ANGELO & BANTA, P.A.
    515 East Las Olas Boulevard—Suite 850
    Fort Lauderdale, FL 33301
    Telephone:    954-766-9930
    Facsimile:    954-766-9937
    Attorneys for Plaintiff, CENTENNIAL